**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUILLERMO ROWE, derivatively on behalf of NATERA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEVE CHAPMAN, MATTHEW RABINOWITZ, ROY BAYNES, ROELOF F. BOTHA, ROWAN CHAPMAN, JAMES I. HEALY, GAIL MARCUS, HERM ROSENMAN, JONATHAN SHEENA, MICHAEL BROPHY, PAUL BILLINGS, and RAMESH HARIHARAN,<br><br>Defendants,<br><br>and<br><br>NATERA, INC.,<br><br>Nominal Defendant. | Case No.: 1:24-cv-00047-RGA |

**NOTICE AND [PROPOSED] ORDER OF VOLUNTARY**
**DISMISSAL PURSUANT TO FED. R. CIV. P. 41 AND 23.1**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because (1) neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal and (2) Plaintiff is dismissing the Action in order to refile the action in the

Delaware Court of Chancery, consistent with Natera, Inc.'s amended and restated certificate of incorporation.

Dated: May 10, 2024

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807
Phone: (302) 274-2180
brad@deleeuwlaw.com

OF COUNSEL:

Justin Kuehn
KUEHN LAW, PLLC
53 Hill Street, Suite 605
Southampton, NY 11968
Phone: (833) 672-0814
justin@kuehn.law

*Attorneys for Plaintiff*

**IT IS SO ORDERED** this 10 day of May, 2024.

/s/ Richard G. Andrews
United States District Judge